

**FILED**
JUL 18 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAVONTE STOKES | No. **19 CR 592**<br><br>Violation: Title 18, United States Code,<br>Section 922(g)(1)   **JUDGE COLEMAN**<br><br>**MAGISTRATE JUDGE WEISMAN** |

The SPECIAL MAY 2019 GRAND JURY charges:

On or about July 7, 2019, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division and elsewhere,

JAVONTE STOKES,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Taurus, model G2c, 9 millimeter semiautomatic handgun bearing serial number TLR63123, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a loaded Taurus, model G2c, 9 millimeter semiautomatic handgun bearing serial number TLR63123 and ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY